**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 17, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00414-CV

---

**BLACK PEARL EXPLORATION, LLC, Appellant**

**V.**

**JOHN WILDER, Appellee**

---

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2017-31314**

---

## M E M O R A N D U M      O P I N I O N

This is an appeal from a judgment signed February 7, 2018. On December 27, 2018, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain